Case 5:00-cr-00056-VAP   Document 1   Filed 08/02/00   Page 1 of 13   Page ID #:2

**ORIGINAL**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SAAD AQUIL, | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>00-**00-1882M** |

Complaint for violation of Title 18, United States Code § 2422(b)

| NAME OF MAGISTRATE JUDGE<br>GEORGE SWARTZ | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>August 1, 2000 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 1, 2000, defendant SAAD AQUIL, knowingly used a facility and means of interstate and foreign commerce to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, or an attempt to commit a criminal offense, in violation of Title 18, United States Code, § 2422(b).




BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>BRUCE M. APPLIN |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT -- FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>GEORGE T. SWARTZ | DATE<br>August 2, 2000 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

DRJ:pdm

## AFFIDAVIT OF Bruce M. Applin

I, Bruce Applin, being duly sworn, do hereby depose and say:

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation and have been so employed for the past three years and three months. Prior to that, I was a management consultant for an information technology company. Prior to that, I was a commissioned officer in the United States Marine Corps, specializing in Electronic Warfare. My responsibilities with the FBI include investigations into the sexual exploitation of children and child pornography in the Central District of California as part of the Southern California Regional Sexual Assault Felony Enforcement (SAFE) Team. The FBI is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18 United States Code, section 2422(b), et seq. During my tenure as a special agent with the FBI, I have conducted and participated in dozens of investigations of criminal activity, including the investigation of child pornography transmitted via computer. During the investigation of these cases, I have participated in the execution of several search warrants, and seized evidence of such violations. I have attended numerous training classes and seminars concerning computer crime and the sexual exploitation of children on the Internet, and I have provided hundreds of law enforcement officers training on the same subject.

2.  This affidavit is made in support of a complaint

charging Saad Aquil with violating Title 18, United States Code, Section 2422(b), which makes it illegal for a person to utilize a facility of interstate or foreign commerce to entice a minor for sexual purposes.

## I. BACKGROUND REGARDING INTERNET RELAY CHAT

3. Internet Relay Chat (IRC) is an Internet-based real-time chat application. It allows users to communicate and transfer files. Communications can occur privately between two users or among a group.

    1) Group communication is commonly referred to as a "channel" or "chat room." Users can individually create, control, and enter a "channel." If a "channel" is set on "private" or "invite only", a user must be allowed entry. The name of a "channel" generally stems from the topic discussed therein.

    2) Private communication between two users is commonly referred to as "private messaging" or "direct client-to-client" (DCC). DCC allows users to exchange computer graphic image files.

    A. A user accesses IRC by having his computer system dial his or her ISP, receiving an IP number, then connecting to an IRC Server. IRC Servers are located throughout the world. Generally, the most efficient IRC Server for a user is the Server

2

with the quickest data transfer response time, which normally is the Server located closest to the user. If that Server will not permit the connection, often because it already has the maximum number of users, the user must try to connect to another IRC Server.

      B.   IRC Servers are located throughout the world. The connection to the IRC Server applies only in IRC, not the other features of the Internet.

      C.   The Server that the user connects to is connected with other Servers throughout the world. This group of Servers follows a specific protocol so that they can communicate among one another. Some of the most common "Internet Relay Chat" Networks are called "DALnet", "EFnet", "Undernet", and "IRC-Net". An individual server can have anywhere from one to several thousand users connected. The groups of servers could be anywhere from one server to a hundred communicating in a network.

      D.   An IRC user is specifically identified by the nickname that he or she entered in connecting to an IRC Server. A user can change his or her nickname at any time and use a nickname that someone else previously might have used.

### III. INVESTIGATION

4. On August 1, 2000, I logged onto IRC. I joined a channel called #0!!!!!!!!!ltlgirlsexchat.

5. At approximately 4:00 PM I received a private message

3

from screen name "Mr-Very-Cute." Mr-Very-Cute asked if I would like to chat, and I said "sure." He then asked how old I was, and I told him I was 13. Mr-Very-Cute said he was 31.

6. Mr-Very-Cute asked me to describe myself, and I told him I was five feet one inch, 103 pounds, and that I had brown hair and green eyes. Mr-Very-Cute said "oh my GOD" and "u look like an angel..."

7. Mr-Very-Cute then told me that he was a doctor. He described himself as Asian, five feet seven, 135 pounds. Mr-Very-Cute said he was chatting from a hospital from which he worked in West Covina.

8. I asked Mr-Very-Cute where he was from, and he said Southern California. I told him I was from Los Angeles. He said "had GOD heard my prayers?"

9. Mr-Very-Cute then asked if I had a picture, and I transmitted a picture of a Los Angeles Sheriff's Deputy taken when she was 13 years-old. The picture was called katie.jpg. Mr-Very-Cute said "u r so pretty" and "i am going mad here."

10. While the picture was downloading, Mr-Very-Cute asked when we could meet. I asked him what he wanted to do when we met. Mr-Very-Cute said that we would "start slow" and that he loved "legs and oral stuff more than intercourse."

11. Mr-Very-Cute then suggested that he wanted to meet me. I told him that I could not meet him tonight. Mr-Very-Cute then

4

said "pleasssssssseeeeeeee katie//////help." I then suggested that we meet tomorrow, but then said "ok lets met tonight if u want i will sneak out."

12. Mr-Very-Cute then said "yesssssssss." He said that would be "sooooooo cooool." Mr-Very-Cute asked if I could sneak out.

13. I told him I could meet at "9 or so." Mr-Very-Cute then asked me what perfume I liked, and I told him that I liked anything from Bath and Bodyworks.

14. Mr-Very-Cute said that we would get in his car and drive around. He said we would meet tonight, and then he would drive me back "early." The next night he would come and we would spend the whole night together.

15. In the car, Mr-Very-Cute said that we would do "oral stuff mostly." He described "oral stuff" as "kissing, licking" and "touching u."

16. Mr-Very-Cute said that he was so "damn excited.......i can't tell u."

17. I asked Mr-Very-Cute several times if he was "4 real." He said that he was. He said that he was not "playing." Mr-Very-Cute said "I swear i want to meet."

18. I asked him if he was afraid of being arrested by the police, and he said he was. He asked if I was a "cop", and I told him that I was not.

5

19. We then discussed meeting at the Fatburger on the 3rd Street Promenade in Santa Monica at 9 PM. I told Mr-Very-Cute I would be inside the restaurant. Mr-Very-Cute said that he would be wearing a tie.

20. Mr-Very-Cute asked that I wear shorts or a skirt so he would have access to "your legs."

21. I told Mr-Very-Cute that I would be wearing an "angeleyes" baseball hat, jeans, black sandals, and a "cute top."

22. Mr-Very-Cute said "i am so hard right now i cant tell u." He asked if I would be there and said "u wont leave me hanging?"

23. Mr-Very-Cute told me that this was like a "dream come true" for him. I asked him if he liked girls "my age" and he said "yes i do." I then asked if he always liked girls my age and he said "yes i always have."

24. Mr-Very-Cute then suggested that "maybe" we should wait until we knew each other better. I said "well then if u think that lets 4 get it." Mr-Very-Cute said "no" and "i am kidding."

25. Mr-Very-Cute then asked what to get me, and I told him raspberry spray from Bath and Bodyworks.

26. I told Mr-Very-Cute that I was nervous, and he told me that he was "more nervous than u" and "more excited."

27. I then asked Mr-Very-Cute if we would drive somewhere private. He said yes. I asked "just kiss/touch and head this

time?".  Mr-Very-Cute said "yesssssss."

28.  The conversation ended at 5:23 PM.

29.  At approximately 9:43 PM on 08/01/00, I observed an individual, later identified as Saad Aquil, 10757 Lemon Avenue, Apartment #2011, Alta Loma, California, approach the Fatburger on 3rd Street Promenade.  He was wearing a tie and appeared to be 5'6" to 5'7" in height.  Aquil looked into the Fatburger for approximately two minutes, then went inside and ordered a beverage.  While he was in there, Special Agent Doug Hunt of the FBI, a member of the SAFE Team, told me that he observed him looking closely at Special Agent Norma Loza of the FBI, another SAFE Team member.  SA Loza was wearing an "AngelEyes" baseball hat, she had a backpack, and she had a Walkman headset.

30.  Aquil then left the Fatburger.  I directed SA Loza to leave the Fatburger and walk north on the 3rd Street Promenade.

31.  SA Joseph Brine of the FBI, a SAFE Team member, told me that he observed Aquil begin to follow Loza as she walked north on the Promenade.  I observed Aquil walk behind Loza as the two crossed Wilshire Boulevard.

32.  At approximately 10:00 PM, I observed Aquil approach Loza from behind and say something.  I then arrested Aquil.

33.  SA Loza told me that Aquil said to her "You have nice toes."  During the chat session, Mr-Very-Cute said that he liked toes.

7

34. Along with SA Doug Hunt, I transported Aquil to the offices of the FBI at 11000 Wilshire Boulevard, Los Angeles, California. Aquil was read a Miranda Warning aloud; he agreed to speak with SA Hunt and myself and he signed the Miranda rights written waiver form indicating his willingness to talk with us.

35. During the interview of Aquil, he said, among other things, that he was told by someone in IRC that some "UCLA students" were looking to meet some men in Santa Monica at the 3rd Street Promenade. Aquil could not recall the screen name of the person who told him this.

36. Aquil then asked two friends to go with him to the Promenade to meet the girls. The person on IRC told him what the "lead" girl would be wearing and where she would be waiting, so Aquil wrote this information down on a piece of paper that he took with him. Aquil said that he said "You have nice toes" to SA Loza because he "likes toes."

37. Aquil denied ever using the screen name Mr-Very-Cute. He denied having ever talking with anyone with the screen name katie^in^cali and he denied ever using any young girl-themed chat channels in Internet Relay Chat.

38. Aquil said that he "occasionally" used IRC from his office computer at Cybercom Resources in Ontario.

39. Aquil signed two consent forms; one gave FBI Agents and SAFE Team members permission to enter and search his home and

8

home computer and seize it for further evaluation, and the other gave FBI Agents and SAFE Team members permission to enter his office at Cybercom resources and search it and the computer there and seize the computer as well for further evaluation.

40. At approximately 11:30 PM on 08/01/00, the two individuals who drove Aquil to the 3rd Street Promenade, Michael Kwandham and Charles Toepfer, voluntarily came to the offices of the FBI in Los Angeles.

41. I spoke with Michael Kwandham. Kwandham works for Aquil at Cybercom Resources in Ontario, California. Among other things, his job requires him to conduct network administration functions for the company network.

42. Kwandham told me that Aquil had asked him earlier in the night to drive to Santa Monica to meet some "college girls" he had met on-line.

43. Kwandham had heard Aquil, on several previous occasions, express his sexual interest in 13 and fourteen year-old girls. Kwandham described Aquil's desire to have sex with 13 and 14 year-old girls as "serious."

44. SA Hunt told me that he spoke with Charles Dylan Toepfer. Toepfer also works for Aquil at Cybercom Resources. Toepfer told SA Hunt that Aquil told him they were going to 3rd Street Promenade to meet "six or seven" girls Aquil had met online. Aquil told Toepfer that the girls had called him on his

cell phone, but that he could not call them because he did not have their number.

45. Toepfer told SA Hunt that on the same day of the trip to Santa Monica (08/01/00), Aquil had told him that Santa Monica was a good place to meet underage girls.

46. SA Hunt and I then drove to the offices of Cybercom Resources in Ontario, California. We met Kwandham and Toepfer there. They allowed us into the Cybercom offices and showed us the office and the computer used by Aquil. I showed both Toepfer and Kwandham a copy of the consent form signed by Aquil.

47. I entered the office and noticed Aquil's name affixed to the computer. I then accessed his computer and located his IRC chat software, mIRC.

48. I observed the following mIRC settings:

   Nickname:    Mr-Very-Cute
   ID:          oki
   Name:        ogoo goooo

These fields matched exactly the results of the "whois" command I conducted against Mr-Very-Cute while chatting with him. The "whois" feature of IRC accesses the information above that users enter in and make available to other IRC participants.

49. I then accessed the "mIRC download" directory of Aquil's computer. This is the default directory that stores any

10

image files received by the mIRC user. I located an image file called "katie.jpg." This is the same name of the file I transmitted to Mr-Very-Cute. I looked at the image. It was the same image I had transmitted to Mr-Very-Cute during our chat session.

50. I then accessed the mIRC "channels" folder on Aquil's computer. This folder maintains a list of channels accessed by the IRC user. The first three channels included #0!!!!!!!!lilgirls_playroom, #0!!!!!!!!ltlgirlsexchat, and #0!!!!!!!childsexchat.

51. SA Loza told me that on 08/02/00, while processing Aquil in the Marshal's lock-up, Aquil told her that she did not look 13 "today" and she did not look 13 "last night."

52. On 08/02/00, at approximately 10:00 AM, SA Hunt and I interviewed Aquil at the Marshal's lock-up facility in Los Angeles, California. Aquil signed a second Miranda waiver form after reading it and agreed to speak with us.

53. Aquil admitted that he had lied to us the previous night. Aquil told me that he was Mr-Very-Cute and that he had chatted with katie^in^cali and arranged a meeting. Aquil said that he expected one of two things at the meeting: he thought that the FBI was going to be there, or he thought that he would stumble across a child prostitution "racket" that he could then report to the police.

54. Aquil also admitted to having "hardcore" underage pictures on his own computer that he downloaded from IRC. He said he was "totally" responsible for those pictures on his computer. He thought that there were more than one hundred.

55. The computer is currently in the possession of the FBI and will be searched thoroughly as soon as possible.

56. Aquil said that he was a Pakistani citizen and not a United States citizen. He has family in Pakistan.

57. Based on my training and experience, I know the Internet to be a facility of interstate and foreign commerce. Aquil admitted using the Internet to arrange the meeting with katie^in^cali.

58. Based on the above, I believe there is probable cause that Saad Aquil violated Title 18, United States Code, Section 2422(b), which makes it illegal for a person to utilize a facility of interstate or foreign commerce to induce or entice a minor to have sex.

Bruce M. Applin
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN BEFORE ME
THIS 2nd DAY OF August 2000

HON.
UNITED STATES MAGISTRATE JUDGE
GEORGE T. SWARTZ

12